UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 18-11242

CAITLIN L. HARDING,

    Plaintiff

v.

THE TOWN OF NEEDHAM,
MASSACHUSETTS AND
THOMAS CAMBPELL,

    Defendants

### JOINT MOTION TO DISMISS COUNTS IV AND VIII
### OF THE PLAINTIFF'S COMPLAINT

The parties in the captioned action move to dismiss the claim of intentional infliction of emotional distress against the defendants (Count IV as it relates to the defendant Town of Needham and Count VIII as it relates to the defendant Thomas Campbell).

Accordingly, the parties request that this Court dismiss Counts IV and VIII of the plaintiff's Complaint by agreement of the parties.

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| CAITLIN L. HARDING, | TOWN OF NEEDHAM, MASSACHUSETTS AND THOMAS CAMPBELL, |
| By her attorneys: | By their attorney: |
| *John T. Martin* | /s/*Regina M. Ryan* |
| John T. Martin, BBO # 676344 | Regina M. Ryan (BBO #564246) |
| KJC Law Firm, LLC | Email: rryan@lccplaw.com |
| 1 Exchange Place | Louison, Costello, Condon & Pfaff, LLP |
| Worcester, MA 01608 | 101 Summer Street |
| (617) 720-8447 | Boston, MA 02110 |
| jmartin@kjclawfirm.com | 617-439-0305 |
| | FAX: 617-439-0325 |

Allowed and So Ordered.

W̄ U, DJ

Sept. 20, 2018

/s/*Nicholas P. Frye*
_____
Nicholas P. Frye, Esq.
Law Office of Nicholas P. Frye, P.C.
393 Totten Pond Rd. Suite 402
Waltham, MA 02451
nfryelaw@gmail.com

## CERTIFICATE OF SERVICE

I, Regina M. Ryan, hereby certify that on July 25, 2018, a true copy of the above document was served upon:

Nicholas P. Frye, Esq.
Law Office of Nicholas P. Frye, P.C.
393 Totten Pond Rd. Suite 402
Waltham, MA 02451

/s/*Regina M. Ryan*
_____
Regina M. Ryan

2